IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LAURIE POWERS,

                Plaintiff(s),

v.

VIOLET ENERGY INC.,

                Defendant(s).

Civil No. 03:19-cv-00284-JR

**ORDER AND JUDGMENT OF DISMISSAL**

Based on the record,

IT IS ORDERED AND ADJUDGED that the parties' Joint Motion for Judgment of Dismissal [89] is GRANTED and that this action is DISMISSED with prejudice and without costs. Pending motions, if any, are DENIED AS MOOT.

Dated this 2nd day of December, 2021.

by _____
Michael H. Simon
United States District Judge